UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOSEPH VOLFMAN,                                             Civil Action No. 1:22-cv-06286-VEC

    Plaintiff,

-against-

                                                                          JOINT STIPULATION OF
                                                                          DISMISSAL WITH PREJUDICE

338 E. 6TH REST INC D/B/A AWASH ETHIOPIAN
RESTAURANT AND MUSTAFA AHMED,

    Defendants.
----------------------------------------------------------x

Plaintiff Joseph Volfman, and Defendants, 338 E. 6TH REST INC D/B/A AWASH ETHIOPIAN RESTAURANT AND MUSTAFA AHMED, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: 10/27/2022

By: _____           By: _____

    Andre Autz, Esq.                                     Diana Y. Seo, Esq.
     *Attorney for Plaintiff*                            *Attorneys for Defendants*
    Nacmias Law Firm, PLLC.                    Seo Law Group, PLLC
    940 Atlantic Ave                                   136-68 Roosevelt Ave., Suite 726
    Brooklyn, New York 11238                  Flushing, New York 11354
    (917) 602-6057                                       Tel: (718) 500-3340
                                                        Email: diana@seolawgroup.com